IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**LESLY GATHERIGHT,**                                                           **PLAINTIFF**

**V.**                       **CIVIL ACTION NO. 3:12-CV-111-SA-SAA**

**NORMAN CLARK,** *et al.***,**                                                 **DEFENDANTS**

# ORDER

*Pro se* plaintiff Lesly Gatheright has filed several motions which all stem from an attempt to have this court compel non-parties to respond to written discovery. Docket 47, 49, 52, 53, 58. Plaintiff's first two motions to compel, Docket 47 and 52, were denied by this court because it sought to force non-parties to answer discovery in a manner which did not comply with Rule 31 of the FEDERAL RULES OF CIVIL PROCEDURE. Just as Docket 47 and 52, plaintiff's third motion [Docket 53] to compel a non-party to this action, Sherry Lynn Williams, to answer questions at deposition upon written examination fails to comply with Rule 31. Having duly considered the motion, including all evidence offered by the plaintiff, the court denies the motion for the same reasons discussed at length in this court's denial of plaintiff's first motion to compel [Docket 77]. As a consequence, it is

    **ORDERED**

    that plaintiff's third motion to compel, Docket 53, is DENIED.

    This, the 8th day of July 2015.

                                                             __/s/   S. Allan Alexander_____
                                                              UNITED STATES MAGISTRATE JUDGE