IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**LESLY GATHERIGHT,** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 3:12-CV-111-SA-SAA**

**NORMAN CLARK,** *et al.*, **DEFENDANTS**

## ORDER

*Pro se* plaintiff Lesly Gatheright has filed several motions which all stem from an attempt to have this court compel non-parties to respond to written discovery. Docket 47, 49, 52, 53, 58. Plaintiff's first three motions to compel, Docket 47, 52 and 53, were denied by this court because they sought to force non-parties to answer discovery in a manner that was improper under Rule 31 of the FEDERAL RULES OF CIVIL PROCEDURE. In much the same fashion, plaintiff's "Motion for Supplement," attempts to supplement plaintiff's first motion to compel [Docket 47] to add additional facts. However, the motions themselves, with or without the supplemental information, remain deficient under Rule 31. As a consequence, it is

**ORDERED**

that plaintiff's "Motion for Supplement," Docket 58, is DENIED.

This, the 8th day of July 2015.

       /s/ S. Allan Alexander
       UNITED STATES MAGISTRATE JUDGE