IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LESLY GATHERIGHT                                                                                    PLAINTIFF

V.                                                         CIVIL ACTION NO. 3:12-CV-111-SA-SAA

NORMAN CLARK, and
NAC FARMS                                                                                         DEFENDANTS

ORDER ON MOTION TO DISMISS

Pursuant to a Memorandum Opinion issued this day, Defendants' Motion to Dismiss [81] is GRANTED IN PART and DENIED IN PART. Plaintiff's Motion to Transfer Venue [87] is also DENIED.

SO ORDERED, this the 20th day of January, 2016.

                                                           **/s/ Sharion Aycock**
                                                           **U.S. DISTRICT JUDGE**