IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LESLY GATHERIGHT                                                                                       PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:12-CV-111-SA-SAA

NORMAN CLARK, and
NAC FARMS                                                                                          DEFENDANTS

ORDER ON SUMMARY JUDGMENT

Pursuant to a Memorandum Opinion issued this day, the Defendants' Motion for Summary Judgment [143] is GRANTED. Plaintiff's Motion for Partial Summary Judgment [123] is DENIED. Plaintiff's claims are DISMISSED, and this case is CLOSED.

SO ORDERED, this the 31st day of March, 2016.

                                                                                /s/ Sharion Aycock
                                                                                **U.S. DISTRICT JUDGE**